PROB 22(Rev. 2/88)

**TRANSFER OF JURISDICTION**

07 CR 699

MAGISTRATE JUDGE NOLAN

JUDGE LEINENWEBER

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:04CR02148-002 JC |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Steven C. Hadley | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John Edwards Conway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/02/2007 — TO 04/01/2010 |

RECEIVED OCT 09 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE: Possession with Intent to Distribute 100 Kilograms and More of Marijuana, in violation of 21 U.S.C. § 841(b)(1)(B)

FILED JN 10-23-07
OCT 23 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Aug 27, 2007
*Date*

*/s/ John Edwards Conway*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 3 2007
*Effective Date*

*/s/ James F. Holderman*
*United States District Judge*