



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 2 2007

**MATTHEW J. DYKMAN**
CLERK

October 30, 2007

Mr. Matthew J. Dykman
Clerk
United States District Court
Pete V. Domenici United States
 Courthouse, Suite 270
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

**FILED**

NOV - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Dear Clerk:

**Re:** Case number 01cr2148-002 JC v Steven C. Hadley
Our case number:  07cr699  - Northern District of Illinois, Judge Leinenweber

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Steven Hadley   , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:  Ellenore Duff
Deputy Clerk

Enclosure