

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 2 2007

MATTHEW J. DYKMAN
CLERK

October 30, 2007

Mr. Matthew J. Dykman
Clerk
United States District Court
Pete V. Domenici United States
 Courthouse, Suite 270
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

07cv699

**FILED**

NOV 0 9 2007
11-9-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:    04-CR-2148 JC

Re: Case number 01cr2148-002 JC v Steven C. Hadley
Our case number:  07cr699   - Northern District of Illinois, Judge Leinenweber

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Steven Hadley   , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Ellenore Duff
Deputy Clerk

Enclosure

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 02 2007

MATTHEW J. DYKMAN
CLERK

RECEIVED
OCT 09 2007
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| TRANSFER OF JURISDICTION | MAGISTRATE JUDGE NOLAN | DOCKET NUMBER (Tran. Court) 1:04CR02148-002 JC |
|---|---|---|
| 07 CR 699 | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Steven C. Hadley | JUDGE LEINENWEBER DISTRICT New Mexico | DIVISION Albuquerque |
| | NAME OF SENTENCING JUDGE Honorable John Edwards Conway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/02/2007 | TO 04/01/2010 |

OFFENSE: Possession with Intent to Distribute 100 Kilograms and More of Marijuana, in violation of 21 U.S.C. § 841(b)(1)(B)

**FILED**
JN 10-23-07
OCT 23 2007

**PART 1 - ORDER TRANSFERRING JURISDICTION**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

MICHAEL W. DOBBINS, CLERK
[signature] E. Duff
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 10-30-07

Aug 27, 2007
Date

[signature] John Edwards Conway
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 23 2007
Effective Date

[signature] James F. Holderman
United States District Judge

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO       OCT 26 2004

                                      CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )  | |
| Plaintiff, ) | CR 04 2148 JC |
| vs. ) | CRIMINAL NO. _____ |
| ) | |
| RAYMOND R. TILLETT and ) | COUNT 1: 21 U.S.C. § 846: Conspiracy; |
| STEVEN C. HADLEY, ) | |
| ) | COUNT 2: 21 U.S.C. § 841 (a)(1) and |
| Defendants. ) | 21 U.S.C. § 841(b)(1)(B): Possession with |
| ) | Intent to Distribute 100 Kilograms and |
| ) | more of Marijuana; and 18 U.S.C. § 2: |
| ) | Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about the 17th day of August, 2004, in Bernalillo County, in the State and District of New Mexico and elsewhere, the defendants, **RAYMOND R. TILLETT and STEVEN C. HADLEY,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit: Possession with intent to distribute 100 kilograms and more of Marijuana, a Schedule I controlled substance, contrary to 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(B).

In violation of 21 U.S.C. § 846.

14

## COUNT 2

On or about the 17th day of August, 2004, in Bernalillo County, in the State and District of New Mexico and elsewhere, the defendants, **RAYMOND R. TILLETT** and **STEVEN C. HADLEY**, did unlawfully, knowingly and intentionally possess with intent to distribute 100 kilograms and more of Marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2.

## SENTENCING ALLEGATION

The offenses charged in Counts 1 and 2 involved at least 700 kilograms but less than 1000 kilograms of Marijuana, within the meaning of United States Sentencing Guideline § 2D1.1(c)(5).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_[signature]_
DAVID C. IGLESIAS
United States Attorney

09/08/04 3:12pm

2

CERTIFIED a True Copy of the original filed in my office.
Clerk
by _[signature]_
Deputy

AO 245B (Rev 12/03) Criminal Judgment Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Steven C. Hadley** | **Judgment in a Criminal Case**<br><br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:04CR02148-002JC**<br>USM Number: **26753-051**<br>Defense Attorney: **Charles E. Knoblauch, Esq.** |

THE DEFENDANT:

☒ pleaded guilty to count(s) **I of Indictment**
☐ pleaded nolo contendere to count(s)
☐ after a plea of not guilty was found guilty on count(s)

The defendant is adjudicated guilty of these offenses:

| *Title and Section* | *Nature of Offense* | *Offense Ended* | *Count Number(s)* |
|---|---|---|---|
| 21 U.S.C. Sec. 841(b)(1)(B) | Possession With Intent to Distribute 100 Kilograms and More of Marijuana | 08-17-2004 | I |

The defendant is sentenced as specified in pages 2 through **5** of this judgment. The sentence is imposed under the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count .
☐ Count   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| County of Residence | 7/20/05<br>Date of Imposition of Judgment<br><br>/s/ John Edwards Conway<br>Signature of Judge<br><br>For:<br>**Honorable John Edwards Conway**<br>**Senior United States District Judge**<br>Name and Title of Judge<br><br>7/20/05<br>Date Signed |

AO 245B (Rev. 12/03) Sheet 2 Imprisonment   Judgment Page 2 of 5

Defendant: **Steven C. Hadley**
Case Number: **1:04CR02148-002JC**

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **21 months**.

☐ The court makes these recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant must surrender to the United States Marshal for this district:
  ☐ at   on
  ☐ as notified by the United States Marshal.
☒ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☒ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Service Office.

## RETURN

I have executed this judgment by:

Defendant delivered on _____ to
_____ at _____ with a Certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
Deputy United States Marshal

AO 245B (Rev. 12/03) Sheet 3 Supervised Release                                                                                         Judgment Page 3 of 5

Defendant: **Steven C. Hadley**
Case Number: **1:04CR02148-002JC**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

- ☐ The above drug testing condition is suspended based on the courts determination that the defendant possesses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm or destructive device. (Check, if applicable).
- ☒ The defendant will submit to DNA collection in compliance with statutory requirements while incarcerated in the Bureau of Prisons, or at the direction of the United States Probation Office. (Check, if applicable).
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall obtain and maintain full time, legitimate employment, or attend a vocational or academic training program throughout the term of supervised release as directed by the probation officer;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

AO 245B (Rev. 12/03) Sheet 3 | Judgment Page 4 of 5

Defendant: **Steven C. Hadley**
Case Number: **1:04CR02148-002JC**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

The defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement. The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the Probation Office.

The defendant must refrain from the use and possession of alcohol and other forms of intoxicants. He must not frequent places where alcohol is the primary item for sale.

The defendant shall have no contact with the in this case.

Case 1:07-cr-00699   Document 3   Filed 11/09/2007   Page 9 of 18
Case 1:04-cr-02148-JEC   Document 54   Filed 07/20/2005   Page 5 of 5

AO 245B (Rev.12/03) Sheet 5, Part A Criminal Monetary Penalties                                                            Judgment Page 5 of 5

Defendant: **Steven C. Hadley**
Case Number: **1:04CR02148-002JC**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments.
☐    The Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| Totals: | Assessment | Fine | Restitution |
|---|---|---|---|
|  | $100 | $0 | $ |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.
Payment of the total fine and other criminal monetary penalties shall be due as follows:
The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

A    ☒ In full immediately; or
B    ☐ $ immediately, balance due (see special instructions regarding payment of criminal monetary penalties).

**Special instructions regarding the payment of criminal monetary penalties: Criminal monetary penalties are to be made payable by cashier's check, bank or postal money order to the U.S. District Court Clerk, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102 unless otherwise noted by the court. Payments must include defendant's name, current address, case number and type of payment.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

CERTIFIED a True Copy of the
Original filed in my office.
                                                                   Clerk
by S. Reuivo
                                                                  Deputy

APPEAL, CMAG, TERMED

# U.S. District Court
## District of New Mexico - Version 3.0 (Albuquerque)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-02148-JEC All Defendants
### Internal Use Only

Case title: USA v. Tillett　　　　　　　　　　　　　　Date Filed: 10/26/2004
Magistrate judge case number: 1:04-mj-00533　　　　Date Terminated: 10/25/2005

Assigned to: District Judge John E. Conway

Appeals court case number: 05-2352

**Defendant**

**Raymond R Tillett (1)**　　　　　　　represented by　**Roger A Finzel**
*TERMINATED: 10/25/2005*　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　111 Lomas nw
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 501
　　　　　　　　　　　　　　　　　　　　　　　　　　Albuquerque, NM 87102
　　　　　　　　　　　　　　　　　　　　　　　　　　505-346-2489
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 505-346-2494
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Roger_Finzel@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 10/25/2005*
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Community Defender Appointment*

**Pending Counts**　　　　　　　　　　　　　　　　**Disposition**

21:846 CONSPIRACY to wit: in
violation of 21:841(a)(1) & (b)(1)(B)
POSSESSION WITH INTENT TO
DISTRIBUTE 100 KILOGRAMS OF
MARIJUANA
(1)

21:841(a)(1) & (b)(1)(B) POSSESSION
WITH INTENT TO DISTRIBUTE 100
KILOGRAMS AND MORE OF
MARIJUANA; AND 18:2 AIDING　　　　　　　　　dismissed
AND ABETTING
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                      **Disposition**

None

Assigned to: District Judge John E. Conway

**Defendant**

**Steven C Hadley** (2)                       represented by **Charles E Knoblauch**
*TERMINATED: 07/20/2005*                                    1412 Lomas Blvd. NW
                                                            Albuquerque, NM 87104-1236
                                                            (505) 842-0392
                                                            Fax: (505) 842-0686
                                                            Email: quidproquo@zianet.com
                                                            *TERMINATED: 07/20/2005*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: CJA Appointment*

**Pending Counts**                                                  **Disposition**

21:846 CONSPIRACY to wit: in                                SENTENCE IMPOSED: CBOP 21
violation of 21:841(a)(1) & (b)(1)(B)                       months; 3 years supervised release;
POSSESSION WITH INTENT TO                                   participate in substance abuse program;
DISTRIBUTE 100 KILOGRAMS OF                                 refrain from alcohol; submit to DNA
MARIJUANA                                                   collection; SPA: $100.00; voluntary
(1)                                                         surrender; conditions of release continue

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                               **Disposition**

| | |
|---|---|
| 21:841(a)(1) & (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE 100 KILOGRAMS AND MORE OF MARIJUANA; AND 18:2 AIDING AND ABETTING<br>(2) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Third Party Custodian**

| | | |
|---|---|---|
| **Marie Hadley** | represented by | **Marie Hadley**<br>unknown<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Rhonda P. Backinoff**<br>United States Attorney's Office<br>P. O. Box 607<br>Albuquerque, NM 87103<br>(505) 346-7274<br>Email: rhonda.backinoff@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2007 | 71 | Probation Jurisdiction Transferred to Northern District of Illinois as to Steven C Hadley Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ln) (Entered: 11/02/2007) |
| 03/01/2007 | 70 | Transmitted Supplemental Record on Appeal (motion for Reduced Sentence with exhibit "A" attached as to Raymond R Tillett (pg) (Entered: 03/06/2007) |
| 03/29/2006 | | JUDGMENT returned executed as to defendant Raymond R Tillett on 3/21/06; deft delivered to ALM in PA (bap) (Entered: 03/30/2006) |

| | | |
|---|---|---|
| 03/24/2006 | 69 | RETURN on deft Raymond R Tillett of amended writ of habeas corpus ad prosequendum by US Marshal Toledo on 6/23/05 at the Lucas County Jail (bap) (Entered: 03/27/2006) |
| 02/02/2006 | | ACKNOWLEDGEMENT of receipt of Record on Appeal in III Volumes by USCA on 01/23/06. (pg) (Entered: 02/02/2006) |
| 01/19/2006 | | (Court only) (Utility event: Produces labels, including terminated attorneys) (pg) (Entered: 01/19/2006) |
| 01/19/2006 | | RECORD on appeal mailed to USCA in Volumes III (pg) (Entered: 01/19/2006) |
| 12/06/2005 | | SEALED TRANSCRIPT of Proceedings (pg) (Entered: 12/06/2005) |
| 11/16/2005 | | ACKNOWLEDGEMENT of receipt of preliminary record in by USCA on 11/10/05 ( USCA Number: 05-2352) (pg) (Entered: 11/16/2005) |
| 11/16/2005 | 68 | AMENDED DESIGNATION for Record on Appeal by Raymond R Tillett ; Transcript Dated: sentencing hearing 10/25/05 and Statement of Reasons re [65-1] (pg) Modified on 11/16/2005 (Entered: 11/16/2005) |
| 11/14/2005 | 67 | TRANSCRIPT Order Form (TOF) from Appellant. Transcript Dates: 10/25/05 re [65-1] (pg) (Entered: 11/14/2005) |
| 11/14/2005 | 66 | DESIGNATION for Record on Appeal by Raymond R Tillett ; Transcript Dated: 10/25/05 re [65-1] (pg) (Entered: 11/14/2005) |
| 11/07/2005 | | (Court only) (Utility event: Produces labels, including terminated attorneys) (pg) (Entered: 11/07/2005) |
| 11/04/2005 | 65 | NOTICE of Appeal to Circuit Court by defendant Raymond R Tillett [64-1]; Fees not necessary - Distribution as required. (dmw) (Entered: 11/04/2005) |
| 10/27/2005 | 64 | JUDGMENT by Senior Judge John E. Conway for defendant Raymond R Tillett (distribution as required*) (bap) (Entered: 10/27/2005) |
| 10/25/2005 | 63 | SEALED CLERK'S MINUTES: before Senior Judge John E. Conway scheds , sealed proceedings , case terminated C/R: Julie Sanchez (*) (bap) (Entered: 10/25/2005) |
| 10/25/2005 | 62 | ORDER by Senior Judge John E. Conway to seal motion (cc: all counsel) (bap) Modified on 10/25/2005 (Entered: 10/25/2005) |
| 10/21/2005 | | JUDGMENT returned executed as to defendant Steven C Hadley by delivery to FCI, Waseca, MN on 10/12/05 (dmw) (Entered: 10/21/2005) |
| 10/17/2005 | 61 | (Ex Parte) SEALED EX PARTE MOTION for order (*) (bap) (Entered: 10/18/2005) |
| 10/04/2005 | 60 | SEALED MOTION for order (*) (pr) Modified on 10/25/2005 (Entered: 10/05/2005) |
| 09/20/2005 | 59 | NOTICE of Hearing before Senior Judge John Conway for defendant Raymond R Tillett sentencing set for 10/25/05 at 10:30 am in Albuquerque, |

| | | |
|---|---|---|
| | | NM (cc: counsel*) (sl) Modified on 09/20/2005 (Entered: 09/20/2005) |
| 09/20/2005 | 58 | ORDER by Senior Judge John E. Conway granting deft Hadley's motion for extension of time to report to Bureau of Prisons [57-1] for Voluntary Surrender of Steven C Hadley to FCI WWaseca on 10/3/05 by 2:00 pm (cc: all counsel) (bap) Modified on 10/05/2005 (Entered: 09/20/2005) |
| 09/19/2005 | 57 | MOTION for extension of time to report to Bureau of Prisons by Steven C Hadley (bap) Modified on 09/23/2005 (Entered: 09/19/2005) |
| 07/25/2005 | 56 | ORDER by Senior Judge John E. Conway granting Govt's motion to dismiss count 2 of indictment [55-1] as to Steven C Hadley (cc: all counsel) (bap) (Entered: 07/25/2005) |
| 07/21/2005 | 55 | MOTION to dismiss count 2 of indictment by USA as to Steven C Hadley * (vv) (Entered: 07/22/2005) |
| 07/20/2005 | 54 | JUDGMENT by Senior Judge John E. Conway for deft Steven C Hadley (distribution as required*) (bap) (Entered: 07/20/2005) |
| 07/20/2005 | 53 | CLERK'S MINUTES: before Senior Judge John E. Conway sentencing Steven C Hadley (2) count 1. SENTENCE IMPOSED: CBOP 21 months; 3 years supervised release; participate in substance abuse program; refrain from alcohol; submit to DNA collection; SPA: $100.00; voluntary surrender; conditions of release continue , dismissing count 2 , terminating deft C/R: Julie Sanchez (*) (bap) (Entered: 07/20/2005) |
| 07/15/2005 | 52 | CLERK'S MINUTES: before Chief Magistrate Judge Lorenzo F. Garcia Raymond R Tillett enters guilty plea to Indictment; sentencing to be set within 75 days; deft remains in custody C/R: S. Hilton (*) (bap) (Entered: 07/18/2005) |
| 07/15/2005 | 51 | PLEA AGREEMENT as to Raymond R Tillett (vv) (Entered: 07/15/2005) |
| 07/15/2005 | 50 | CONSENT to proceed before Magistrate by Raymond R Tillett to accept a felony plea (vv) (Entered: 07/15/2005) |
| 06/30/2005 | 49 | NOTICE by defendant Steven C Hadley's counsel of non-availability from 8/1-12/05 (vv) (Entered: 06/30/2005) |
| 06/17/2005 | 48 | AMENDED ORDER by Magistrate Judge Robert H. Scott granting motion for issuance of Writ of Habeas Corpus Ad Prosequendum [46-1] (cc: all counsel) (bap) (Entered: 06/20/2005) |
| 06/16/2005 | | AMENDED WRIT of Habeas Corpus Ad Prosequendum issued to Warden Jim Dennis of the Correctional Center of Northwest Ohio (bap) (Entered: 06/20/2005) |
| 06/16/2005 | 47 | NOTICE of Hearing for deft Hadley sentencing set for 7/20/05 @ 10:30 a.m., before Senior Judge Conway in Albuquerque (cc: all counsel*) (pr) (Entered: 06/17/2005) |
| 06/14/2005 | 46 | AMENDED MOTION for issuance of Writ of Habeas Corpus Ad Prosequendum by Raymond R Tillett* (pr) (Entered: 06/15/2005) |

| | | |
|---|---|---|
| 06/03/2005 | | WRIT of Habeas Corpus Ad Prosequendum issued to Warden of the Correctional Center of Northwest Ohio re: deft Tillett (bap) (Entered: 06/06/2005) |
| 06/03/2005 | 45 | ORDER by Magistrate Judge Don J. Svet granting deft Tillett's motion for writ of habeas corpus ad prosequendum [43-1] (cc: all counsel) (bap) (Entered: 06/06/2005) |
| 06/03/2005 | | WRIT of Habeas Corpus Ad Prosequendum issued to the Warden of the Correctional Center of Northwest Ohio re: deft Tillett (bap) (Entered: 06/06/2005) |
| 06/03/2005 | 44 | ORDER by Senior Judge John E. Conway granting deft Tillett's motion for writ of habeas corpus ad prosequendum [43-1] (cc: all counsel) (bap) (Entered: 06/06/2005) |
| 06/02/2005 | 43 | MOTION for writ of habeas corpus ad prosequendum by Raymond R Tillett (*) (bap) (Entered: 06/02/2005) |
| 04/07/2005 | 42 | CLERK'S MINUTES: before Magistrate Judge Richard L. Puglisi Steven C Hadley enters guilty plea to count I of indictment; sentencing to be handled by Senior Judge Conway ; court to notify as to trial date; present conditions of release continue C/R: Susan Hilton (bap) (Entered: 05/19/2005) |
| 04/07/2005 | 41 | PLEA AGREEMENT as to Steven C Hadley (jrm) (Entered: 04/08/2005) |
| 04/07/2005 | 40 | CONSENT to proceed before a Magistrate Judge to accept a plea by Steven C Hadley (jrm) (Entered: 04/08/2005) |
| 03/24/2005 | 39 | NOTICE of Hearing before Magistrate Judge Richard L Puglisi for deft Steven C Hadley change of plea set for 4/8/05 @ 2:00 pm in Albuquerque (cc: all counsel*) (jrm) (Entered: 03/24/2005) |
| 03/15/2005 | 38 | NOTICE of Hearing for defendant Steven C Hadley jury selection/trial set on 4/12/05 @ 8:30 am before Senior Judge Conway in Albuquerque, NM (cc: all counsel*) (dmw) (Entered: 03/15/2005) |
| 03/02/2005 | 37 | ORDER FOR CONTINUANCE per 18:3161 by Senior Judge John E. Conway granting deft Hadley's motion to continue trial setting of 3/8/05 [36-1] jury trial is reset to 4/12/05 @ 8:30 am (cc: all counsel) (bap) (Entered: 03/03/2005) |
| 02/28/2005 | 36 | MOTION to continue trial setting of 3/8/05 by Steven C Hadley (*) (bap) (Entered: 03/01/2005) |
| 02/15/2005 | 35 | NOTICE of Hearing for deft Steven C Hadley jury selection/trial is set for 3/8/05 @ 8:30 am before Senior Judge Conway in Albuquerque, NM (cc: all counsel*) (bap) (Entered: 02/15/2005) |
| 02/09/2005 | | (Court only) Docket Modification (Utility Event) deft Hadley not in custody (dmw) (Entered: 04/07/2005) |
| 02/09/2005 | | (Court only) Docket Modification (Utility Event) stop XM (dmw) (Entered: 03/04/2005) |

| | | |
|---|---|---|
| 02/09/2005 | | (Court only) Docket Modification (Utility Event) deft in custody (dmw) (Entered: 03/03/2005) |
| 02/09/2005 | | ARREST Warrant issued for Raymond R Tillett on order for arrest warrant [34-1] (bap) (Entered: 02/09/2005) |
| 02/09/2005 | 34 | ORDER by Senior Judge John E. Conway granting USA's motion for arrest warrant [33-1] for deft Raymond R Tillett (cc: all counsel) (bap) (Entered: 02/09/2005) |
| 02/02/2005 | 33 | MOTION for arrest warrant by USA as to Raymond R Tillett (*) (bap) (Entered: 02/02/2005) |
| 01/31/2005 | 32 | ORDER FOR CONTINUANCE per 18:3161 by Senior Judge John E. Conway granting deft's motion to continue trial setting of 2/8/05 [31-1] jury trial is reset to 3/8/05 @ 8:30 am (cc: all counsel) (bap) (Entered: 02/01/2005) |
| 01/25/2005 | 31 | MOTION to continue trial setting of 2/8/05 by Raymond R Tillett (*) (bap) (Entered: 01/26/2005) |
| 01/20/2005 | 30 | NOTICE of Hearing for defts Raymond R Tillett, Steven C Hadley jury selection/trial is set for 2/8/05 @ 8:30 am before Senior Judge Conway in Albuquerque, NM (cc: all counsel*) (bap) (Entered: 01/20/2005) |
| 01/05/2005 | 29 | ORDER FOR CONTINUANCE per 18:3161 by Senior Judge John E. Conway granting deft's motion to continue trial set on 1/11/05 [28-1] jury trial is reset to 2/8/05 @ 8:30 am (cc: all counsel) (bap) (Entered: 01/05/2005) |
| 12/23/2004 | 28 | MOTION to continue trial set on 1/11/05 by Raymond R Tillett & Steven C Hadley* (dmw) (Entered: 12/23/2004) |
| 12/14/2004 | 27 | NOTICE of Hearing for defts Raymond R Tillett, Steven C Hadley jury selection/trial is set for 1/11/05 @ 8:30 am before Senior Judge Conway in Albuquerque, NM (cc: all counsel*) (bap) (Entered: 12/14/2004) |
| 11/23/2004 | 26 | WAIVER of Appearance at Arraignment by deft Raymond R Tillett and ORDER by Magistrate Judge Puglisi accepting waiver (bap) (Entered: 11/24/2004) |
| 11/23/2004 | 25 | CLERK'S MINUTES: before Magistrate Judge Richard L. Puglisi deft Raymond R Tillett arraigned; not guilty plea entered; Attorney Roger Finzel present; mtns due 12/13/04; court to notify as to trial date; present conditions of release continue Tape #: RLP 04-22 (*) (bap) (Entered: 11/23/2004) |
| 11/23/2004 | 24 | DISCOVERY ORDER by Magistrate Judge Richard L. Puglisi (cc: all counsel)* (kd) (Entered: 11/23/2004) |
| 11/22/2004 | 23 | WAIVER of Appearance at Arraignment by deft Steven C Hadley and ORDER by Magistrate Judge Puglisi accepting waiver (bap) (Entered: 11/23/2004) |

| | | |
|---|---|---|
| 11/22/2004 | 22 | DISCOVERY ORDER by Magistrate Judge Richard L. Puglisi as to deft Hadley (cc: all counsel*) (bap) (Entered: 11/22/2004) |
| 11/22/2004 | 21 | CLERK'S MINUTES: before Magistrate Judge Richard L. Puglisi deft Steven C Hadley arraigned; not guilty plea entered; Attorney Charles Knoblauch present; mtns due 12/13/04; court to notify as to trial date; deft to be released to 3rd party custodian Tape #: RLP 04-22 (*) (bap) (Entered: 11/22/2004) |
| 11/08/2004 | 20 | SEALED ORDER by Magistrate Judge Richard L. Puglisi granting sealed motion [18-1] (cc: all counsel) (bap) (Entered: 11/09/2004) |
| 11/04/2004 | 19 | SEALED ORDER by Magistrate Judge Richard L. Puglisi granting sealed motion for order [18-1] (cc: all counsel) (bap) (Entered: 11/05/2004) |
| 11/04/2004 | 18 | SEALED MOTION for order (bap) (Entered: 11/05/2004) |
| 11/04/2004 | 17 | ORDER by Magistrate Judge Richard L. Puglisi granting motion to continue arraignment set for 11/4/04 [16-1] arraignment is continued to 11/22/04 at 9:30 am (cc: all counsel) (mk) (Entered: 11/04/2004) |
| 11/02/2004 | 16 | UNOPPOSED JOINT MOTION to continue arraignment set for 11/4/04 by Raymond R Tillett, Steven C Hadley (*) (bap) (Entered: 11/02/2004) |
| 10/27/2004 | 15 | NOTICE of Hearing for defts Raymond R Tillett, Steven C Hadley arraignment is set for 11/4/04 @ 9:30 am before Magistrate Judge Puglisi in Albuquerque, NM (cc: all counsel*) (bap) (Entered: 10/27/2004) |
| 10/26/2004 | 14 | INDICTMENT by USA Rhonda P. Backinoff. Counts filed against Raymond Tillett (1) count(s) 1, 2, Steven Hadley (2) count(s) 1, 2 (dds) (Entered: 10/26/2004) |
| 09/14/2004 | 13 | WAIVER of grand jury presentment by defendant Raymond Tillett [ 1:04-m -533 ] (seal) (Entered: 09/14/2004) |
| 09/14/2004 | 12 | WAIVER of grand jury presentment by defendant Steven Hadley [ 1:04-m -533 ] (seal) (Entered: 09/14/2004) |
| 08/25/2004 | 11 | ORDER by Magistrate Judge Don J. Svet setting conditions of release for Steven Hadley adding third-party custodian Marie Hadley deft released [ 1:04-m -533 ] (mk) (Entered: 08/25/2004) |
| 08/19/2004 | 10 | ORDER by Magistrate Judge Don J. Svet setting conditions of release for Raymond Tillett deft released [ 1:04-m -533 ] (kd) (Entered: 08/20/2004) |
| 08/19/2004 | 9 | WAIVER of Preliminary Hearing by deft [ 1:04-m -533 ] (kd) (Entered: 08/20/2004) |
| 08/19/2004 | 8 | WAIVER of Preliminary Hearing by deft [ 1:04-m -533 ] (kd) (Entered: 08/20/2004) |
| 08/19/2004 | 7 | CLERK'S MINUTES: before Magistrate Judge Don J. Svet of the preliminary/detention hearing; defts waive hearing; deft Tillett to be released w/conditions; deft Hadley remanded to custody of USMS Tape #: 04-42 |

| | | |
|---|---|---|
| | | DJS* [ 1:04-m -533 ] (kd) (Entered: 08/19/2004) |
| 08/18/2004 | | DEFENDANT Raymond Tillett, Steven Hadley arrested [ 1:04-m -533 ] (kd) (Entered: 08/20/2004) |
| 08/18/2004 | 6 | ORDER by Magistrate Judge Robert H. Scott for deft Raymond Tillett appointing atty Roger A. Finzel (cc: all counsel)* [ 1:04-m -533 ] (kd) (Entered: 08/19/2004) |
| 08/18/2004 | 5 | CJA Form 20 Copy 4 (Appointment of Counsel) for deft Steven Hadley appointing Charles E. Knoblauch [ 1:04-m -533 ] (kd) (Entered: 08/19/2004) |
| 08/18/2004 | 4 | MOTION for detention hearing by USA as to Steven Hadley [ 1:04-m -533 ] (kd) (Entered: 08/18/2004) |
| 08/18/2004 | 3 | MOTION for detention hearing by USA as to Raymond Tillett [ 1:04-m -533 ] (kd) (Entered: 08/18/2004) |
| 08/18/2004 | 2 | CLERK'S MINUTES: before Magistrate Judge Robert H. Scott initial/first appearance of Raymond Tillett and Steven Hadley on Criminal Complaint; detention/preliminary hearing set for 8/19/04; defts held in custody of USMS Tape #: 04-24 RHS* [ 1:04-m -533 ] (kd) (Entered: 08/18/2004) |
| 08/18/2004 | 1 | CRIMINAL COMPLAINT by USA James D. Tierney naming defts Raymond Tillett and Steven Hadley by Magistrate Judge Robert H. Scott [ 1:04-m -533 ] (mlg) (Entered: 08/18/2004) |

CERTIFIED a True Copy of the
original filed in my office.
Clerk
by _____
Deputy