UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 699 |
| | ) | Honorable Harry Leinenweber |
| STEVEN HADLEY | ) | |
| | ) | |

## GOVERNMENT'S MOTION FOR HEARING REGARDING MODIFICATION OF SUPERVISED RELEASE OF DEFENDANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves the Court, pursuant to 18 U.S.C. § 3583(e), for a hearing regarding the modification of defendant's supervised release. The defendant's Probation Officer has filed with the Court a Petition for Rule to Show Cause why a third party should be notified of defendant's current behavior.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney for the Northern
District of Illinois

By:   *s/ Margaret A. Hickey*
MARGARET A. HICKEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 886-7633

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

> Government's Motion for Hearing Regarding Modification of Supervised Release of Defendant

was served on July 7, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:  *s/ Margaret A. Hickey*
MARGARET A. HICKEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5356
