UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 699 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| STEVEN HADLEY | ) | |

## NOTICE OF MOTION

On **July 31, 2008,** at 9:30 a.m. at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Leinenweber in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S MOTION FOR HEARING REGARDING MODIFICATION OF SUPERVISED RELEASE OF DEFENDANT**, in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/Margaret A. Hickey
 MARGARET A. HICKEY
 Assistant United States Attorney
 219 South Dearborn Street, 5th Floor
 Chicago, Illinois 60604
 (312) 886-7633

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

## **NOTICE OF MOTION**

was served on July 7, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: *s/Margaret A. Hickey*
MARGARET A. HICKEY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7633