## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 699 | **DATE** | 7/31/2008 |
| **CASE TITLE** | United States of America vs. Steven Hadley | | |

**DOCKET ENTRY TEXT**

Under the conditions set forth in open court, Kaaren M. Plant is hereby appointed as counsel for defendant. The Government's Motion for hearing regarding modification of supervised release is granted. Probation's Petition for rule to show cause why a third party should be notified of defendant's current behavior is granted.

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP