**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
JUN 3 1 2008
7-31-08
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

In the Matter of

US v Steven Hadley                Case Number: 07 CR 699

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Steven Hadley

(A)
SIGNATURE: [signature]
NAME: KAAREN M. PLANT
FIRM:
STREET ADDRESS: 53 W. Jackson Blvd. Suite 703
CITY/STATE/ZIP: Chicago, IL 60604
TELEPHONE NUMBER: 312-235-0365
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES ☒  NO ☐
TRIAL ATTORNEY? YES ☒  NO ☐

(B)
[blank]

(C)
[blank]

(D)
[blank]

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE