# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Steven Hadley
FOR: Northern District Ill, Eastern Div

FILED 7-31-08
JUN 3 1 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Steven Hadley

DOCKET NUMBERS
Magistrate: 
District Court: 07cr699
Court of Appeals: 

07 CR 699

CHARGE/OFFENSE: 21 USC 841(b)(1)(B) ☒ Felony ☐ Misdemeanor

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Speedy Gonzalez Trucking Co.
IF YES, how much do you earn per month? $ 3000
IF NO, give month and year of last employment. How much did you earn per month? $ 
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $100 Mo., SOURCES: Public aid — stopped 7/08

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 800

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 1996, DESCRIPTION: Ford worth $700

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 
List persons you actually support and your relationship to them: 

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 700 |
| Utilities | | $ | $ 250 |
| Student loan | | $ 8,000 | $ 200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/31/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]